IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHELLE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:04 cv 630 MJR |
| ) | |
| TERMINAL RAILROAD ASSOCIATION OF ) | |
| ST. LOUIS and UNITED STATES STEEL ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the Joint Motion for Extension of Time to Complete Discovery filed by the parties on June 20, 2005 (Doc. 31). The motion is **DENIED WITHOUT PREJUDICE**. Federal Rule of Civil Procedure 6(b) requires a showing of cause or excusable neglect, whichever may be the case. The parties only have indicated that "discovery is not complete" with no explanation or reasoning. Therefore, this motion must be denied.

**DATED: June 21, 2005**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**